## HUDSON *v.* DOYLE.

In an action to abate a nuisance, damages are only an incident to the action, and the failure to recover them does not affect the question of costs.

APPEAL from the Superior Court of the City of San Francisco.

The plaintiff brought his action to abate a nuisance, and for damages. The jury found a verdict for the plaintiff, and assessed the damages at one dollar.

The Court entered up judgment for plaintiff, with costs, amounting to $206 75, from which the defendant appealed.

*C. T. Botts* for Appellant.

*J. H. McKim* for Respondent.

The opinion of the Court was delivered by Mr. Justice HEYDEN-FELDT.   Mr. Justice TERRY concurred.   .

The object of the action was to abate a nuisance.   The prayer for damages was only incident to the object.   If the plaintiff had recovered no damages, he would be entitled to his costs.   His recovery, therefore, of damages less than two hundred dollars, cannot operate to deprive him of this right.

Judgment affirmed.